```
cc: Order, docket sheet,
and remand letter to LASC                                    JS-6
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIYA AGADJANOVA, | Case No.: 2:13-CV-09018-RSWL-FFM |
| Plaintiffs, | |
| vs. | **ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT, CENTRAL DISTRICT, CASE NO. BC524088** |
| MACY'S, INC.; MACY'S WEST STORES, INC.; MACY'S RETAIL HOLDINGS, INC.; and DOES 1 to 100, | |
| Defendants. | |

Having considered the stipulation between Plaintiff, LIDIYA AGADJANOVA, and Defendant, MACY'S WEST STORES, INC. [Erroneously sued here as MACY'S, INC.; MACY'S WEST STORES, INC.; and as MACY'S RETAIL HOLDINGS, INC.], and good cause appearing:

IT IS HEREBY ORDERED that this case is remanded to Los Angeles Superior Court, Central District (Stanley Mosk Courthouse). Plaintiff, LIDIYA AGADJANOVA, has amended her Complaint in the case of LIDIYA AGADJANOVA v. MACY'S, INC., et. al., State Case No.BC524088, to add

BRENDA GALVEZ, a California resident, as a Defendant, and thus this case does not meet the jurisdictional requirements for removal as defined in 28 U.S.C. §1332(a).

IT IS HEREBY ORDERED that Defendant shall pay Court fees, if any, associated with the remand, including copying costs of the Court's file to be forwarded to the Los Angeles Superior Court, Central District, **CASE NO. BC524088.**

IT IS SO ORDERED.

Dated:  1/16/2014              By: __RONALD S.W. LEW__
                                    Hon. Ronald S.W. Lew
                                    Senior U.S. District Judge